UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. WILLIAMS,<br><br>   Plaintiff,<br><br>   v.<br><br>MONIYAN, et al.,<br><br>   Defendants. | Case No. 22-cv-01461-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Re: Dkt. No. 6 |

In April 2022, Magistrate Judge Donna M. Ryu issued a Report and Recommendation, recommending this action be dismissed for failure to prosecute. Dkt. No. 6. Prior to issuing the Report and Recommendation, Judge Ryu issued an Order to Show Cause explaining that the complaint failed to allege facts demonstrating that jurisdiction existed over the defendants and that venue appeared improper and requiring a response from plaintiff to show cause why this case should proceed in this District. Dkt. No. 4.

Plaintiff failed to respond to the Order to Show Cause and has not objected to or otherwise responded to the Report and Recommendation recommending dismissal for failure to prosecute.

Having reviewed the record of this case, I ADOPT in full the Report and Recommendation. This case is DISMISSED for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 16, 2023

William H. Orrick
United States District Judge